**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1442

APRIL LEDFORD,

       Plaintiff - Appellant,

    v.

BRYSON CITY POLICE DEPARTMENT; CHRIS DUDLEY, Deputy, Resource Officer; CURTIS COCHRAN, Swain County Sheriff; SWAIN COUNTY SHERIFF'S DEPARTMENT; ANDREW BRYANT, Bryson City Police Officer; TOWN OF BRYSON CITY; TOM SUTTON, Mayor, Town of Bryson City; SWAIN COUNTY JAIL; HILDA ARCH, Head of Swain County Jail,

       Defendants - Appellees,

    and

BETH MCDONALD, CNA, Smoky Mountain Urgent Care; DANIEL SCOTT PEARSON, Detention Officer,

       Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:20-cv-00168-MR-WCM)

Submitted:  August 29, 2023                     Decided:  August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

April Ledford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Ledford appeals the district court's order entering judgment in favor of Defendants following a jury trial on Ledford's claims raised pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Ledford v. Bryson City Police Dep't*, No. 1:20-cv-00168-MR-WCM (W.D.N.C. Mar. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*